# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:12CR180 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| CHRISTIANO D. BUDIMAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The government has filed a notice of related case (Doc. No. 2) advising that this case is related to a criminal case which has been assigned to Judge Donald C. Nugent, *United States of America v. Eric Lamont Good, Case No. 1:12CR115*.

Therefore, pursuant to Local Criminal Rule 57.9, and with the concurrence of the transferor and transferee judges, this case is deemed related and is hereby transferred from the docket of Judge Sara Lioi to the docket of Judge Donald C. Nugent.

**IT IS SO ORDERED**.

Dated: April 17, 2012

                                                           **HONORABLE SARA LIOI**
                                                           **UNITED STATES DISTRICT JUDGE**
                                                           Transferor Judge

Dated: April 17, 2012                            *s/Donald C. Nugent*
                                                           **HONORABLE DONALD C. NUGENT**
                                                           **UNITED STATES DISTRICT JUDGE**
                                                           Transferee Judge